UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIE E. BOYD, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | No. 4:00CV985-SNL |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Petitioner has filed a motion for reconsideration of this Court's ruling denying relief pursuant to § 2255. Petitioner cites "Gonzalez v. Croby, 545 U.S ___, 162 L.Ed.2d 480, 125 S.Ct. ___ (decided June 23, 2005)."

The Gonzalez case is not applicable and raises no new question of law or fact which has been overlooked by this Court. Accordingly, the motion should be denied.

**IT IS THEREFORE ORDERED** that petitioner's motion for reconsideration is **DENIED**.

Dated this  21st  day of April, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE